Case 2:23-cr-00085-TOR    ECF No. 3    filed 07/19/23    PageID.21    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2023
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** CAROL DACAYMAT CASILLA          **CASE NO.** 2:23-CR-85-TOR-1

TOTAL # OF COUNTS: 46  ☑ FELONY  ☐ MISDEMEANOR  ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1-23 | 18 U.S.C. § 1343 | Wire Fraud | CAG not more than 20 years; up to a $250,000 fine; up to 3 years supervised release; and a $100 special penalty assessment |
| 24-46 | 18 U.S.C. § 1344(1),(2) | Bank Fraud | CAG not more than 30 years; up to a $1,000,000 fine; up to 5 years supervised release; and a $100 special penalty assessment |
|  | 18 U.S.C. § 981, 28 U.S.C. § 2461(c), 18 U.S.C. § 982 | Forfeiture Allegations |  |